73,697-06,07,08,

RAUL D. JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

Court of Criminal Appeals                          June 3, 2015
Louise Pearson, Clerk
P.O. Box 12308
Austin, Tx. 78711

RE: EX PARTE RAUL DAVID JACKSON, Writ No. WR-73,697-06, WR-73,697-07,
WR-73,697-08, WR-73,697-09

Dear Clerk,

    Enclosed please find Applicant's Supplemental Appendix to
Brief in Support of Application for Writ of Habeas Corpus to be
included in the record in the above-referenced cause numbers.

    In an Order issued by the Court on May 20, 2015, the Court
requested the original plea papers be sent from the trial court.
I did, however, make this request to the trial court clerk at the
time of filing that these papers and others be included in the
habeas record, and the clerk failed to comply with my request. I
have included only the papers that I referenced in my application
and brief. Including the Notice of Dispositions that I believe
that the trial court clerk may not send and are relevant to my
claims for relief.

    Please bring this information to the attention of the Court.
Thank you.

                                       Sincerely,

                                       Raul David Jackson
                                       Applicant, Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

WRIT NO. WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09

EX PARTE

RAUL DAVID JACKSON

SUPPLEMENTAL APPENDIX TO

BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS

## TABLE OF CONTENTS

CERTIFICATE OF AUTHENTICITY
**EXHIBIT 1 - Trial No. F-0554511**
Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheets / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.
**EXHIBIT 2 - Trial No. F-0555473**
Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.
**EXHIBIT 3 - Trial No. F-0556279**
Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.
**EXHIBIT 4 - Trial No. F-0557397**
Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.
**EXHIBIT 5 -** Deadly Weapon Allegation No. F-0554511 only

## CERTIFICATE OF AUTHENTICITY

I, Raul David Jackson, Applicant pro se, do certify and declare under penalty of perjury that the documents contained in this Supplemental Appendix to Brief in Support of Application for Writ of Habeas Corpus are true and correct copies of originals as provided to Applicant by the Dallas County District Clerk.

EXECUTED this 3rd day of June, 2015

Raul David Jackson
Applicant, Pro Se

EXHIBIT I

EXHIBIT I

CAUSE NO. F-0554511

EXHIBIT I

JS

**DEFENDANT** Jackson, Raul David        B  M  06061969  **CHARGE** POSS CS INT DEL 400G/2NI

AKA:

**ADDRESS**      4814 Parry B, Dallas, Tx                    **LOCATION** DSO

**FILING AGENCY** TXDPD0000   **DATE FILED** July 14, 2005              **COURT**        CDC5

**COMPLAINANT** McKinney, V                        F-0554511        **VT#:**

**C/C**        Francisco Trevino:
               Jacqueline Trevino

---

### TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of

Dallas County, State of Texas, duly organized at the _____July_____ Term, A.D., ____2005____ of the

_____Criminal District Court 5_____ , Dallas County, in said Court at said

Term, do present that one        **JACKSON, RAUL DAVID**                  , Defendant,

On or about the      8 th    day of July  A.D., 2005         in the County of Dallas and said State, did

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

**Bill Hill**
_____                    _____
Criminal District Attorney of Dallas County, Texas          Foreman of the Grand Jury.

Ca__No. F_05-54511_

STATE OF TEXAS                    §         IN THE ___CDC4____
          VS.                      §         DISTRICT COURT _____
_JACKSON, Raul_____                §         DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:**                    [✓] Guilty          [ ] Nolo contendere
[ ] **Defendant will testify.**          [✓] Defendant will NOT testify.
**Plea to enhancement paragraph(s):**    [✓] True           [ ] Not true
**Type of plea:**                        [✓] Plea bargain   [ ] Open plea
**Open as to:** [ ] Deferred Adjudication [ ] Community Supervision [ ] Fine [ ] Restitution.
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[✓] Confinement in *(penitentiary)* ~~(state jail)(county jail)~~ for ___17___ (years) ~~(months)~~ ~~(days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[✓] Fine of $___5,000___.  [ ] To be paid.  [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation    [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.          [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.      [ ] Defendant knowingly and voluntarily waives appeal.
[✓] Other: _Credit for all backtime, all sentences to run concurrently_.

### [ ] CHANGE OF NAME *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: ___PCS 400 g___.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b.   .ed on an indictment returned by a grand_  /; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence. 7/8/05 I admit and judicially confess that I committed the offense of _____ PCS 400g _____ on _____ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S) *(Applicable only if box is checked)*
I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

11/30/05
Date

_Paul Jackson_
Defendant
Printed Name: _Paul Jackson_

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

11/30/05
Date

_Bill Cox_
Attorney for Defendant
Printed Name: _Bill Cox_
State Bar # _04956497_

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

11/30/05
Date

BILL HILL, Criminal District Attorney, Dallas County, by
_____
Assistant District Attorney
Printed Name: _____
State Bar # _____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____
Date

_____
Judge

JS

**DEFENDANT** Jackson, Raul David     B  M  06061969     **CHARGE** POSS CS INT DEL

                                                                   400G/2ND

     **AKA:**

**ADDRESS**     4814 Parry B, Dallas, Tx                 **LOCATION** DSO

**FILING AGENCY** TXDPD0000    **DATE FILED** July 14, 2005          **COURT**       CDC5

**COMPLAINANT**    McKinney, V                  F-0554511      **VT#:**

**C/C**          Francisco Trevino:
                Jacqueline Trevino

---

THE STATE OF TEXAS                       CAUSE NO. F-0554511

     VS.

                                      CRIMINAL DISTRICT COURT 5

**Jackson, Raul David**                        DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

     Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the      8 th      day of July A.D., 2005                 , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

     And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____                     X_____
   Attorney for Defendant                            Defendant

SWORN TO AND SUBSCRIBED before me on the ____ 28 ____ day of ___ Nov. ___ , 20 _05_

APPROVED BY:

                                 JIM HAMLIN, CLERK
                                 DISTRICT COURTS OF
                                 DALLAS COUNTY, TEXAS

_____          By _____
  Assistant District Attorney                     Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are, in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. F05-54...

BAIL STATUS:   JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA... |
|---|---|---|---|
| RAUL DAVID JACKSON | _Bill Cox, ret_ | UNLAWFUL POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE, TO-WIT: COCAINE AS CHARGED IN THE INDICTMENT//400G/2ND | AUGUST |
| | CA: _Francisco Mornis_ _Jacqueline Mornis_ | | |

| DATE OF ORDER | ORDERS OF COURT | |
|---|---|---|
| 8-31-05 | _Transfers & CDC#4, C.A Mailbrier case #_ | |
| 9/26/05 | _Cono_ | |
| 9/30/05 | _Cono_ | |
| 10/14/05 | _Cono_ | |
| 10/20/05 | _attn - more cases_ | |
| 11.2.05. | _11_ | |
| 11.11.05 | _Cono_ | |
| OCT 19 2005 | | |
| NOV 3 2005 | | |
| 11.1.05. | _Mtrst_ | |
| 11.3.05 | _plea_ | Jury waived. Defendant admonished. Defendant warned. Plea of guilty before Court. Found guilty of |
| 11.30.05 | _plea_ | and that Defendant commit said offense on the 8 day of _____ |

DEFENDANT PLEADS TRUE/UNTRUE/UNTRUE TO THE ___ of _Seventy(17)_ years confined in
ENHANCEMENT PARAGRAPH/PARAGRAPHS
THE COURT/JURY FINDS THE ENHANCEMENT _July 5, 2005_. Punishment fixed at
PARAGRAPH/PARAGRAPHS _Seventy(17)_ years confined in
PARAGRAPH/PARAGRAPHS TO BE Texas Department of Corrections. Defendant sentenced.
TRUE/UNTRUE. Back time allowed. $500

BAIL STATUS:

No. _____

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DATE |
|---|---|---|---|

| DATE OF ORDER | ATTORNEYS | ORDERS OF COURT | |
|---|---|---|---|
| 1-26-05 | | | |
| 1-30-05 | | 9R Def present, Def Atty M/withdraw Emid M/Granted | |
| FEB 17 2006 | | 5-1-06 - TRIAL | CR: Belinda Bonada |
| 050206 | | Filed on Motion of Dist. Atty. | Aux # 79 1:30:06 |
| | | KATE SLOT Asst. Dist | (a) 653-5208 |

SENIOR DISTRICT JUDGE

Cause No. 05-54511

THE STATE OF TEXAS §
VS. § IN THE _____CDC4_____
Jackson, Raul § DISTRICT COURT _____
§ DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: 04956497
Mailing Address: 1401 Elm #3310
Dallas, TX 75202
Telephone #:
Fax # (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                              SEQ  0008

CASE NUMBER F-0554511                                    DATE 120605
OFFENSE MFR CS 4G                                        TIME 143150
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID              RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
    17 YRS TO H TDC                              APPEAL _____

    SPECIAL CONDITION                            MNT _____


    $     5000.00 FINE $     223.00 CST      SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
    070805-113005
REMARKS  120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY
_____
_____
_____

JIM HAMLIN
DISTRICT CLERK                      ]        RELEASE INFORMATION
DALLAS COUNTY, TEXAS                ]  REMARKS _____
                                    ]  _____
BY GILL D                           ]  _____
   DEPUTY CLERK                     ]  _____
                                    ]  _____
                                    ]

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                          SEQ   0001


CASE NUMBER F-0554511                                    DATE 121305
OFFENSE MFR CS 4G                                        TIME 104549
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                 RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE
                                            APPEAL _____

     SPECIAL CONDITION                      MNT _____


     $        0. 0 FINE $       0. 0 COST       SENTENCE TO BEGIN _____
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCE IN ERROR=PLEASE DELETE SENTENCE
     THIS DEFT-- DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE CORRECTLY S
     TENCE DISREGARD SENTENCE-DEFT SENTENCE IN ERROR THANK YOU_____


JIM HAMLIN                          _____
DISTRICT CLERK                      ]        RELEASE INFORMATION
DALLAS COUNTY, TEXAS                ] REMARKS _____
                                    ]
BY GILL D                           ] _____
     DEPUTY CLERK                   ] _____
                                    ] _____

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-54511_

THE STATE OF TEXAS          IN THE _____

VS.                       DISTRICT COURT _#4_

_Paul Jackson_       DALLAS COUNTY, TEXAS

---

RIGHT THUMB*             Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _December_, 20_05_.

_____ #437
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint      _____ left/right index finger

_____ other, _____

# THE STATE OF TEXAS,

No. F05-54511-K      VS.      §      IN THE CRIMINAL

§

§      DISTRICT COURT FOUR

§

§      OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON      §      APRIL TERM, A.D., 2006
PID 400G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00445-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

_Granted on Motion of Dist. Atty._ ( _K. Sloan_ _____ Asst. Dist. ____

2006 MAY -2 PM 3: 36

EXHIBIT 2

EXHIBIT 2

CAUSE NO. F-0555473

EXHIBIT 2

JS

**DEFENDANT** Jackson, Raul     B   M   06061969   **CHARGE** DEL CS 1G/2ND

     **AKA:**

**ADDRESS** _____     **LOCATION** DSO

**FILING AGENCY** TXDPD0000   **DATE FILED** August 05, 2005     **COURT** CDC5

    **COMPLAINANT** McKinney, V        F-0555473     **VT#:**

**C/C** _____

---

### TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., ___ 2005 ___ of the

_____ Criminal District Court 5 _____ , Dallas County, in said Court at said

Term, do present that one        **JACKSON, RAUL**        , Defendant,

On or about the ___ 11 th ___ day of May A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

     And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

     against the peace and dignity of the State.

       **Bill Hill**

Criminal District Attorney of Dallas County, Texas        Foreman of the Grand Jury.

Ca__ No. F_05- 55473_

STATE OF TEXAS                    §        IN THE ___CDC4___
        VS.                       §        DISTRICT COURT _____
___JACKSON, RAul___               §        DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [ ✓ ] Guilty     [ ] Nolo contendere
[ ] Defendant will testify.     [ ✓ ] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [ ✓ ] True     [ ] Not true
**Type of plea:** [ ✓ ] Plea bargain     [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[ ✓ ] Confinement in (penitentiary) ~~(state jail)(county jail)~~ for _15 MMA_ (years) ~~(months) (days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[ ✓ ] Fine of $_5,000_ or. [ ] To be paid. [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation   [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.     [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ✓ ] Defendant will sign waiver of extradition.     [ ] Defendant knowingly and voluntarily waives appeal.
[ ✓ ] Other: _Credit for all backtime, all Sentences to run Concurrently_

### [ ] CHANGE OF NAME (Applicable only if box is checked)

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ _Agg 19-49_ _____.
The punishment range for the offense charged is:
[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to*, result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b    ied on an indictment returned by a granu   ; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ DEq 1-4 g _____ on ___ 5-11-05 exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

11/30/05
Date

Defendant
Printed Name: _____ RAul JAcksoN _____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

11/30/05
Date

Attorney for Defendant
Printed Name: _____ Bill Cox _____
State Bar # _____ 04956497 _____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

11/30/05
Date

BILL HILL, Criminal District Attorney, Dallas County, by

Assistant District Attorney
Printed Name: _____ Kate Sica _____
State Bar # _____ 24041912 _____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____          _____
Date                              Judge

JS

**DEFENDANT** Jackson, Raul          B  M   06061969     **CHARGE** DEL CS 1G/2ND

      **AKA:**

**ADDRESS** _____     **LOCATION** DSO _____

**FILING AGENCY** TXDPD0000    **DATE FILED** August 05, 2005    **COURT** _____ CDC5 _____

**COMPLAINANT**   McKinney, V _____      F-0555473     **VT#:** _____

**C/C** _____

---

THE STATE OF TEXAS                   CAUSE NO.  F-0555473

     VS.

**Jackson, Raul**                 CRIMINAL DISTRICT COURT 5
                                    DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.  I further consent to the introduction of this Judicial Confession, and  testimony orally, by affidavits, written statements of witnesses and other  documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been  sworn, upon oath, I judicially confess  to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the      11 th     day of May A.D., 2005         , in Dallas County,  Texas,  I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____              _____
    Attorney for Defendant                       Defendant

SWORN TO AND SUBSCRIBED before me on the _____ 3 0 _____ day of __Nov__ , 20 05 .

APPROVED BY:

                                   JIM HAMLIN, CLERK
                                   DISTRICT COURTS OF
                                   DALLAS COUNTY, TEXAS

_____     By _____
  Assistant  District Attorney                 Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

# TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. _____

F05-5547

BAIL STATUS: JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA |
|---|---|---|---|
| RAUL JACKSON | Gabriel Cohen | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE. TO-WIT: COCAINE . A . A 2ND DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/1G/2ND | SEPTEMBE |
| | Bis Agent | | |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| D505391 8 | |
| 9-14-05 | Furtheses this |
| 9-16-05 | Furtheses to CDC #4; federal cases Cases # D5545 11 |
| | Furtheses to CDC #4. A New Cases Case #055491. |
| 10/26/05 | state |
| 11.2.05 | |
| 10/26/05 | DWM or App |
| 11.11.05 | Conv |
| 11.17.05 | Subpost |
| 11.23.05 | plea |
| 11.30.05 | plea |

Jury waived Defendant arraigned. Defendant warned.
Plea of guilty before Court. Found guilty of _____

and that Defendant _____ said offense on the _____
day of _____ MAY _____, 19 2005. Punishment fixed at _____
_____ years confinement in
the Texas Department of Corrections. Defendant sentenced.
Back time allowed $5000

DEFENDANT PLEADS TR
ENHANCEMENT PARAGRA
THE COURT JUDGES
PARAGRAPH/ENHANCEM
THE COURT FINDS
TRUE/UNTRUE.

Cause No. 05-55473

THE STATE OF TEXAS
VS.
Jackson, Raul

§
§
§

IN THE CDC 4
DISTRICT COURT
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

Defendant's Counsel
State Bar No.: 04951447
Mailing Address: 1401 Elm #3310
Telephone #: Dallas, TX 75202
Fax # (if any): 214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS

SEQ 0009

DATE 120605
TIME 143425

CASE NUMBER F-0555473
OFFENSE DEL CS 1G
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID
BNO 05053918
DISPOSED BY PGBC

RACE B SEX M DOB 060669

SENTENCE
  15 YRS TO H TDC

APPEAL

  SPECIAL CONDITION

MNT

$    5000.00 FINE    &    273.00 COST    SENTENCE TO BEGIN    113005
ADDITIONAL CREDIT FOR TIME SERVED
  070805-113005
REMARKS  120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY


JIM HAMLIN
DISTRICT CLERK
DALLAS COUNTY, TEXAS

] RELEASE INFORMATION
] REMARKS

BY GILL D
  DEPUTY CLERK

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                              SEQ   0002

CASE NUMBER F-0555473                                    DATE 121305
OFFENSE DEL CS 1G                                        TIME 105004
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE

                                              APPEAL

        SPECIAL CONDITION                     MNT

        $        0. 0 FINE  $       0. 0 COST          SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENCE
   N THIS DEFT. DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE SENTENCED C
   RECTLY-PLEASE DISREGARD DEFT SENTENCED IN ERROR THANK YOU

JIM HAMLIN
DISTRICT CLERK                        ]     RELEASE INFORMATION
DALLAS COUNTY, TEXAS                   ] REMARKS
                                      ]
BY GILL D                             ]
   DEPUTY CLERK                       ]
                                      ]

**JUDGMENT**
**CERTIFICATE OF THUMBPRINT**

CAUSE NO. _F05-55473_

THE STATE OF TEXAS

VS.

_PAUL JACKSON_

IN THE _____

DISTRICT COURT _#4_

DALLAS COUNTY, TEXAS

_____

RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_, 20_05_.

_____ _#437_
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint      _____ left/right index finger

_____ other, _____

601/32

# THE STATE OF TEXAS,

NO. F05-55473-K                    VS.        §        IN THE CRIMINAL

§

§        DISTRICT COURT FOUR

§

§        OF DALLAS COUNTY, TEXAS

§

§        APRIL TERM, A.D., 2006

RAUL DAVID JACKSON                            §
DEL CS2G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00448-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~Granted~~ on Motion of Dist. Atty. (____K-Slick____ Asst. Dist. ▮

FILED
2006 MAY -2 PM 3:36
JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

5/9/06

EXHIBIT 3

EXHIBIT 3

CAUSE NO. F-0556279

EXHIBIT 3

CH

DEFENDANT  Jackson, Raul David          B  M  06061969  CHARGE DEL CS 4G/2ND

        AKA:

ADDRESS _____        LOCATION DSO _____

FILING AGENCY  TXDPD0000  DATE FILED August 25, 2005          COURT _____ JDC195 _____

COMPLAINANT  McKinney, V _____          F-0556279      VT#: _____

C/C        _____

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., ___ 2005 ___ of the

_____ 195th Judicial District Court _____ , Dallas County, in said Court at said

Term, do present that one          **JACKSON, RAUL DAVID**          , Defendant,

On or about the ___ 5 th ___ day of July A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

**Bill Hill**
_____
Criminal District Attorney of Dallas County, Texas

_____
Foreman of the Grand Jury.

Case No. F 05-56279

STATE OF TEXAS        §        IN THE _CPC4_
        vs.              §        DISTRICT COURT _____
_JACKSON, RAUL_          §        DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [✓] Guilty        [ ] Nolo contendere
[ ] Defendant will testify.        [✓] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [✓] True        [ ] Not true
**Type of plea:** [✓] Plea bargain        [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[✓] Confinement in (penitentiary) (state jail) (county jail) for ___15___ (years) (months) (days).
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[✓] Fine of $ _5 000_.   [ ] To be paid.   [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation   [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.        [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.        [ ] Defendant knowingly and voluntarily waives appeal.
[ ] Other: _____.

### [ ] CHANGE OF NAME (Applicable only if box is checked)

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ DCS 4g - 200 g _____.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b.... .ed on an indictment returned by a grand j.... ; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ DCS 49 -200 g _____ on _____ 7-5-05 _____ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*
        I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

_____ 11/30/05 _____
Date

X _____ Raul Jackson _____
Defendant
Printed Name: _____ Raul JACKSON _____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

_____ 11/30/05 _____
Date

_____
Attorney for Defendant
Printed Name: _____ Bill Cox _____
State Bar # _____ 04916497 _____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

_____ 11/30/05 _____
Date

BILL HILL, Criminal District Attorney, Dallas County, by
_____ Katesi Ca _____
Assistant District Attorney
Printed Name: _____ Katesica _____
State Bar # _____ 24041912 _____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____
Date

_____
Judge

CH

DEFENDANT Jackson, Raul David          B  M   06061969     CHARGE DEL CS 4G/2ND

AKA:

ADDRESS _____     LOCATION DSO

FILING AGENCYTXDPD0000   DATE FILED August 25, 2005        COURT ___JDC195___

COMPLAINANT   McKinney, V                      F-0556279     VT#:

C/C _____

THE STATE OF TEXAS                              CAUSE NO.  F-0556279

VS.

**Jackson, Raul David**                        195TH JUDICIAL DISTRICT COURT
                                               DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the      5 th      day of July A.D., 2005              , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____                        _____
Attorney for Defendant                                 Defendant

SWORN TO AND SUBSCRIBED before me on the _____30_____ day of __Nov__, 20 05

APPROVED BY:

                                               JIM HAMLIN, CLERK
                                               DISTRICT COURTS OF
                                               DALLAS COUNTY, TEXAS

_____            By _____
Assistant District Attorney                       Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. F05-5627...

BAIL STATUS: JAIL

| STATE OF TEXAS | ATTORNEYS | | OFFENSE | DAT |
|---|---|---|---|---|
| RAUL DAVID JACKSON | Bobby Carter @ 2623859 WIT: COCAINE , A 1ST DEGREE | Bic 69 lit | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE, A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | SEPTEMBE |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| OCT __ 2005 | 10/7/05 Mtp |
| OCT 19 2005 | 10/20/05 arbr |
| | 11.2.05-Filed |
| NOV 8 2005 | 11.05. como |
| | 11.17.05 Arrest |
| | 11.23.05 plea |
| | 11.30.05 plea |
| | Jury waived. Defendant arraigned. Defendant warned. Plea of guilty before Court. Court found guilty of _____ and that Defendant committed said offense on the 5 day of July , 19 2005, Punishment fixed at 15 years confinement in the Texas Department of Corrections. Defendant sentenced. Back time allowed. $ 5,000 — |
| 12/5/05 | 12/5/05 De Juley Trial |
| FEB 17 2006 | 5-1.06 HUAL |
| 0502-06 | ___ed on Motion of Dist. Atty. ___ KAIZ 5704 Asst. Dist. |

DEFENDANT PLEADS TRUE/UNTRUE
ENHANCEMENT P
THE COURT FIND
PARAGRAPH/PARAGRAPHS TO BE
TRUE/UNTRUE.
SENIOR DISTRICT JUDGE

Cause No. 05-56279-K

THE STATE OF TEXAS                §     IN THE ___CDC Y___
VS. __Jackson, Ravl__             §     DISTRICT COURT____
                                  §     DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____        _____
Judge                                   Date Signed

I have received a copy of this certification:

_____        _____
Defendant (if not represented by counsel)   Defendant's Counsel
Mailing Address:                        State Bar No.: 04956497
                                        Mailing Address: 1401 Elm #3310
Telephone #:                            Dallas, TX 75202
Fax # (if any)                          Telephone #:
                                        Fax # (if any): 214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                        SEQ   0007

CASE NUMBER F-0556279                                    DATE 120605
OFFENSE DEL CS 4G                                        TIME 142514
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                   RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
    15 YRS TO H TDC                      APPEAL

         SPECIAL CONDITION               MNT

    $      5000.00 FINE $       323.00 COST      SENTENCE TO BEGIN   113005
ADDITIONAL CREDIT FOR TIME SERVED
    070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY_


JIM HAMLIN
DISTRICT CLERK                        ]          RELEASE INFORMATION
DALLAS COUNTY, TEXAS                  ] REMARKS
                                      ]
BY GILL D                             ]
   DEPUTY CLERK                       ]
                                      ]

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                   SEQ   0003

CASE NUMBER F-0556279                                          DATE 121305
OFFENSE DEL CS 4G                                              TIME 105324
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE

                                          APPEAL

          SPECIAL CONDITION                   MNT


        $        0.00 FINE  $       0.00 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-DEFT DIDN'T ACCEPTED PLE
     A AGREEMENT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY SE
     NTENCED-DISREGARD SENTENCE-SENTENCED IN ERROR THANK YOU

JIM HAMLIN
     DISTRICT CLERK                         ]          RELEASE INFORMATION        ]
DALLAS COUNTY, TEXAS                        ] REMARKS                             ]
                                            ]                                     ]
BY GILL D                                   ]                                     ]
     DEPUTY CLERK                           ]                                     ]

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-54279_

THE STATE OF TEXAS

VS.

_PAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

---

RIGHT THUMB*                          Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-
NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION
OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_ , 20_05_.

_CC Clark #437_
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint
is placed in box:

____    left thumbprint          ____   left/right index finger

____    other, _____

601/38

# THE STATE OF TEXAS,

No. F05-56279-K      VS.      §     IN THE CRIMINAL

§

§     DISTRICT COURT FOUR

§

§     OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON      §      APRIL TERM, A.D., 2006
DEL CS 4G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00453-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~ed on **Motion of Dist. Atty.** _____ **Asst. Dist.**

EXHIBIT 4

EXHIBIT 4

CAUSE NO. F-0557397

EXHIBIT 4

MT

DEFENDANT  Jackson, Raul B  M  06061969  CHARGE DEL CS 4G/2ND

  AKA:

ADDRESS _____ LOCATION  WRIT_____

FILING AGENCY  TXDPD0000  DATE FILED September 23, 2005 COURT CDC3

COMPLAINANT  McKinney, V F-0557397 VT#:

C/C

---

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of

Dallas County, State of Texas, duly organized at the _____October_____ Term, A.D., ___2005___ of the

_____Criminal District Court 3_____, Dallas County, in said Court at said

Term, do present that one  **JACKSON, RAUL**  , Defendant,

On or about the 20 th day of June A.D., 2005 in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

**Bill Hill**

_____ _____

       Foreman of the Grand Jury

Ca. No. F **05-57397**

STATE OF TEXAS      §      IN THE **CDC 4**
VS.      §      DISTRICT COURT ____
**JACKSON, Raul**      §      DALLAS COUNTY, TEXAS

2005 DEC 12 AM 11: 54

## PLEA AGREEMENT

JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:**      [ ✓ ] Guilty      [ ] Nolo contendere
**[ ] Defendant will testify.**      [ ✓ ] Defendant will NOT testify.
**Plea to enhancement paragraph(s):**      [ ✓ ] True      [ ] Not true
**Type of plea:**      [ ✓ ] Plea bargain      [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[ ✓ ] Confinement in ~~(penitentiary)~~ ~~(state jail)~~ ~~(county jail)~~ for _____ **15** _____ (years) ~~(months)~~ ~~(days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[ ✓ ] Fine of $ **1,000**.   [ ] To be paid.   [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation    [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.      [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.    [ ] Defendant knowingly and voluntarily waives appeal.
[ ✓ ] Other: _____ all Sentences to run concurrently, Credit for all backtime

**[ ] CHANGE OF NAME** *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

## COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ **DCS 4g** _____.
The punishment range for the offense charged is:
[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

## DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b⟨...⟩ied on an indictment returned by a grand ⟨...⟩; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ DCS 4g - 2009 _____ on _____ 6/20/05 _____ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

### SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

| | |
|---|---|
| 11/30/05 | *Raul Jackson* |
| Date | Defendant |
| | Printed Name: Raul JACKSON |

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

| | |
|---|---|
| 11/30/05 | *Bill Cox* |
| Date | Attorney for Defendant |
| | Printed Name: Bill Cox |
| | State Bar # 04456497 |

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

| | |
|---|---|
| 11/30/05 | BILL HILL, Criminal District Attorney, Dallas County, by |
| Date | *Katesica* |
| | Assistant District Attorney |
| | Printed Name: Katesica |
| | State Bar # 24041912 |

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

| | |
|---|---|
| _____ | _____ |
| Date | Judge |

MT

DEFENDANT Jackson, Raul     B   M    06061969    **CHARGE** DEL CS 4G/2ND

     AKA:

**ADDRESS** _____    **LOCATION** WRIT_____

**FILING AGENCY**TXDPD0000    **DATE FILED** September 23, 2005    **COURT** \_\_\_\_\_CDC3\_\_\_\_\_

**COMPLAINANT**   McKinney, V        F-0557397    **VT#:**

**C/C** _____

---

THE STATE OF TEXAS                CAUSE NO. F-0557397

     VS.

                                   CRIMINAL DISTRICT COURT 3

**Jackson, Raul**                          DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the     20 th     day of June A.D., 2005           , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____              _____
Attorney for Defendant                              Defendant

SWORN TO AND SUBSCRIBED before me on the \_\_\_\_\_30\_\_\_\_\_ day of \_\_Nov.\_\_, 20 05

APPROVED BY:

                                 JIM HAMLIN, CLERK
                                 DISTRICT COURTS OF
                                 DALLAS COUNTY, TEXAS

_____      By _____
Assistant District Attorney                       Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. F05-57397-

BAIL STATUS: JAIL

STATE OF TEXAS

| ATTORNEYS | OFFENSE | DATE |
|---|---|---|
| RAUL JACKSON | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE, A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | NOVEMBER |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| NOV 8 2005 | |

11.9.05

11.11.05 *Annc*

11.17.05 *Invest*

11.23.05 *plea*

11.30.05 *plea*

Jury waived. Defendant arraigned. Defendant warned. Plea of guilty before Court. Found guilty of

and that Defendant committed said offense on the 20 day of _____ 19___. Punishment fixed at _____

Fifteen (10) years confinement in the Texas Department of Corrections, Defendant sentenced. Back time allowed. $5000

DEFENDANT PLEADS TRUE/UNTRUE TO
ENHANCEMENT PARAGRAPH/PARAGRAPHS
THE COURT/JURY FINDS THE ENHANCEMENT PARAGRAPH/PARAGRAPHS
TRUE/UNTRUE

12-15-05

1-23-06 *Jury Trial*

5-1-06 *Trial*

FEB 17 2006

050206

Reset on Motion of Dist. Atty | Defense | Both

SENIOR DISTRICT JUDGE

Cause No. __05-57397__

THE STATE OF TEXAS
VS.
__JACKSON, RAUL__

§
§
§

IN THE __CDC 4__
DISTRICT COURT
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____          _____
Judge                                        Date Signed

I have received a copy of this certification:

_____          _____
Defendant (if not represented by counsel)    Defendant's Counsel
Mailing Address:                             State Bar No.: __04956497__
                                             Mailing Address: __1401 Elm #3310__
Telephone #:                                 __Dallas, TX 75202__
Fax # (if any)                               Telephone #:
                                             Fax # (if any): __214 220-3111__

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ  0005

CASE NUMBER F-0557397                                   DATE 120605
OFFENSE DEL CS 4G                                       TIME 141844
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL                    RACE B SEX M DOB 060669
BNO
DISPOSED BY PGBC

SENTENCE
   10 YRS TO H TDC                                APPEAL

   SPECIAL CONDITION                              MNT

   $      5000.00 FINE  $        223.00 COST       SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
   070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY

JIM HAMLIN
DISTRICT CLERK                               RELEASE INFORMATION
DALLAS COUNTY, TEXAS                     ] REMARKS

BY GILL D                                ]
   DEPUTY CLERK                          ]

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                              SEQ  0004

CASE NUMBER F-0557397                                    DATE 121305
OFFENSE DEL CS 4G                                        TIME 105600
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL                      RACE B SEX M DOB 060669
BNO
DISPOSED BY

SENTENCE

                                          APPEAL
      SPECIAL CONDITION                    MNT


      $        0.00 FINE  $        0.00 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENC
   N THIS DEFT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY
   NTENCED-PLEASE DISREGARD SENTENCE


JIM HAMLIN
DISTRICT CLERK                        ]      RELEASE INFORMATION
DALLAS COUNTY, TEXAS                  ] REMARKS
                                      ]
BY GILL D                             ]
   DEPUTY CLERK                       ]

CAUSE NO. _F05- 57397_

THE STATE OF TEXAS

VS.

_RAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

_____

RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_ , 20_05_.

_____ #437

BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint        _____ left/right index finger

_____ other, _____

# THE STATE OF TEXAS,

No. F05-57397-K          VS.     §      IN THE CRIMINAL

                                        §      DISTRICT COURT FOUR

                                        §      OF DALLAS COUNTY, TEXAS

RAUL DAVID JACKSON            §      APRIL TERM, A.D., 2006
DEL CS 4G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number F06-00450-K.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~Granted~~ on Motion of Dist. Atty.   KATE SICA    Asst. Dist. ~~Atty.~~

2006 MAY -2 PM 3:36  FILED  JIM HAMLIN DISTRICT CLERK DALLAS CO. TEXAS DEPUTY

EXHIBIT 5

EXHIBIT 5

## DEADLY WEAPON ALLEGATION

EXHIBIT 5

CAUSE NUMBER: F 05-54511

THE STATE OF TEXAS

VS.

RAUL DAVID JACKSON

IN THE CRIMINAL

DISTRICT COURT FOUR OF

DALLAS COUNTY, TEXAS

## NOTICE OF THE STATE'S SPECIAL PLEA OF
## USE OR EXHIBITION OF A DEADLY WEAPON

COMES NOW THE STATE OF TEXAS by and through her Criminal District Attorney giving the defendant the following notice of the State's intention to submit a special plea in this cause:

The State intends to seek a deadly weapon finding pursuant to TEX. CODE CRIM. PROC. ANN. art. 42.12 § 3g(a)(2). The evidence will show that the defendant used or exhibited a deadly weapon, to-wit: a **FIREARM** during the commission of said offense or during immediate flight thereform.

The State would show that said special plea does not charge the defendant with an additional or different offense, nor does it prejudice the substantial rights of the defendant.

Respectfully submitted,

Katherine Sica
SBCN 24041912
Assistant District Attorney
Dallas County, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2005, a true and correct copy of the foregoing NOTICE OF THE STATE'S SPECIAL PLEA was hand delivto the attorney of record for the Defendant, Bill Cox.

Respectfully submitted,

Katherine Sica
Assistant District Attorney
Dallas County, Texas